UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER POINT, LLC.<br><br>Plaintiff,<br><br>v.<br><br>CHOUDRI, *et al.*<br><br>Defendants. | No. 1:24-cv-1600-JLT-EPG<br><br>ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSE TO THIRD AMENDED COMPLAINT<br><br>(ECF No. 28) |

On September 16, 2026, Defendants filed a stipulation seeking an extension of time to file a response to Plaintiff's third amended complaint. (ECF No. 28). The stipulation provided the following:

> Plaintiff Center Point, LLC ("Plaintiff") and Defendant Ian Choudri ("Defendant") hereby stipulate to continue Defendant's deadline to respond to Plaintiff's Third Amended Complaint ("TAC").
>
> Plaintiff filed the instant Clean Water Act citizen enforcement action on December 30, 2024, and thereafter filed a first and then a second amended complaint ("SAC"). Defendant moved to dismiss the SAC on April 24, 2025. ECF No. 17.
>
> On August 13, 2026, this Court granted Defendant's motion to dismiss with leave to amend in part, requiring that any amended complaint be filed within thirty days. ECF. No. 25.
>
> On September 11, 2026, Plaintiff filed its third amended complaint ("TAC"). ECF No. 26.
>
> On September 14, 2026, Magistrate Judge Grosjean issued a minute order directing the Parties to contact this Court's Courtroom deputy no later than September 21, 2026, to set a date and time for the initial scheduling conference. ECF No. 27. (As noted in that minute order, the Court had previously vacated the initial scheduling conference in light of Defendant's motion to dismiss the SAC.)

> Defendant's response to the TAC is presently due on or before September 25, 2026.
>
> Defendant's counsel intend to file a motion to dismiss the TAC and they require additional time to prepare that motion due to, among other things, several pressing deadlines in other matters and the fact both attorneys working on the motion will be out of the office for several days over the next two weeks attending previously scheduled conferences.
>
> In addition, the parties have agreed to conduct an in-person meeting to discuss potential settlement of this matter and anticipate holding that meeting in mid-October.
>
> To accommodate Defendant's counsel's schedule, and to avoid potentially unnecessary expenses in preparing and opposing the motion to dismiss while the parties engage in settlement discussions, the parties wish to continue the date for Defendant's responsive pleading until November 2, 2026.
>
> The parties further request that the Court defer the setting of a scheduling conference until after the Court rules on Defendant's anticipated motion to dismiss the TAC.
>
> THEREFORE, the parties hereby stipulate to extend Defendant's September 25, 2026 deadline to November 2, 2026, and to request that the scheduling conference occur after the Court's ruling on Defendant's motion to dismiss the TAC. IT IS SO STIPULATED.

(*Id.*) (internal headings omitted).

In light of the stipulation, the Court shall grant an extension of time for Defendants to file a response to the third amended complaint. Additionally, the Court will grant the request to hold a scheduling conference following any rulings on an anticipated motion to dismiss. The parties are still directed to contact Courtroom Deputy Felicia Navarro to schedule an initial scheduling conference following a ruling on any dispositive motion, should the case proceed.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants shall file a response to Plaintiff's third amended complaint no later than November 2, 2026.
2. Should Defendants file a motion to dismiss the third amended complaint, the parties are directed to contact Courtroom Deputy Felicia Navarro (fnavarro@caed.uscourts.gov) no later than ten days after the District Judge rules on Defendants' motion.

IT IS SO ORDERED.

Dated: **September 17, 2026** /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE