**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| CENTER POINT, LLC,<br>Plaintiff,<br>v.<br>IAN CHOUDRI, in his official capacity as Chief Executive Officer of the California High-Speed Rail Authority; and DOES 1 through 100, inclusive,<br>Defendants. | Case No. 1:24-CV-01600-JLT-EPG<br>STIPULATION AND ORDER TO FURTHER EXTEND DEADLINE FOR RESPONSE TO THIRD AMENDED COMPLAINT<br>(ECF No. 30) |

Plaintiff Center Point, LLC ("Plaintiff") and Defendant Ian Choudri ("Defendant") hereby stipulate to further continue Defendant's deadline to respond to Plaintiff's Third Amended Complaint ("TAC") in light of ongoing settlement discussions.

/ / /

**RECITALS**

Plaintiff filed the instant Clean Water Act citizen enforcement action on December 30, 2024.

On August 13, 2026, this Court granted Defendant's motion to dismiss Plaintiff's Second Amended Complaint with leave to amend in part, requiring that any amended complaint be filed within thirty days. ECF. No. 25.

On September 11, 2026, Plaintiff filed its third amended complaint ("TAC"). ECF No. 26.

The Parties thereafter stipulated to continue the due date for Defendant's to file a motion to dismiss the TAC until November 2, 2026, both to accommodate the schedule of Defendant's counsel and to allow for the Parties to meet in person to discuss potential settlement. The Court

entered an order approving that stipulation on September 17, 2026. ECF No. 29.

The Parties—including Plaintiff's principal, senior staff from the High-Speed Rail Authority, one of Plaintiff's experts, and counsel—met in person on October 13, 2026, to discuss a potential settlement that could fully resolve this case. Those discussions were productive, and the Parties believe a further continuance of the due date for Defendant's responsive pleading while the Parties continue to engage in settlement discussion would serve the interests of justice and avoid potentially unnecessary expenses in preparing and opposing the motion to dismiss.

To give the Parties sufficient time to undertake those settlement discussions, and in light of the upcoming holidays, the Parties accordingly request that the Court extend the due date for Defendant's responsive pleading by seventy-eight days, from November 2, 2026 until Tuesday, January 19, 2067.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**STIPULATION**

THEREFORE, the Parties hereby stipulate to extend the deadline for Defendant to file a responsive pleading to the TAC from November 2, 2026 deadline to January 19, 2027.

IT IS SO STIPULATED.

DATED: October 15, 2026

WANGER JONES HELSLEY PC

By: */s/ Jay Christofferson*
(as authorized on October 14, 2026)
JAY A. CHRISTOFFERSON
NICOLAS R. CARDELLA
DANIKA E. JONES

Attorneys for Plaintiff
CENTER POINT, LLC

DATED: October 15, 2026

SHUTE, MIHALY & WEINBERGER LLP

By: */s/ Robert S. Perlmutter*
ROBERT S. PERLMUTTER
SARAH M. LUCEY

Attorneys for Defendant
IAN CHOUDRI, in his official capacity as Chief Executive Officer of the California High-Speed Rail Authority

ORDER

Plaintiff Center Point, LLC ("Plaintiff"), and Defendant Ian Choudri ("Defendant") have stipulated to extend the deadline for Defendant to file a responsive pleading to the Third Amended Complaint ("TAC") from November 2, 2026, to January 19, 2027. Upon consideration of the parties' stipulation, the Court HEREBY ORDERS the deadline for Defendant's responsive pleading to the TAC is extended until January 19, 2027.

IT IS SO ORDERED.

Dated: **October 15, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE